

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:25-CR-00075
      18 U.S.C. § 2315

SEMIHA NILGUN GENCSOY

# INFORMATION

The United States Attorney Charges:

From on or about March 20, 2020, through on or about June 16, 2023, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant SEMIHA NILGUN GENCSOY received, possessed, concealed, stored, and disposed of money of the value of $5,000 or more, that is, $50,570.52 in United States currency, which crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Section 2315.

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney